X FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 1 3 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1  **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9   United States of America,              )     CR 05-470-1-PHX-DGC
                                           )
10              Plaintiff,                  )
                                           )
11  vs.                                    )
                                           )
12  Sergio Sanchez-Felix,                  )        **ORDER**
                                           )
13              Defendant.                 )
                                           )
14  _____       )

15

16       A detention hearing and a preliminary revocation hearing on the Petition on

17  Supervised Release were held on March 8, 2007.

18       **THE COURT FINDS** that the Defendant has knowingly, intelligently, and

19  voluntarily waived his right to a detention hearing and a preliminary revocation hearing and

20  has consented to the issue of detention being made based upon the allegations in the Petition.

21       **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

22  of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

23  he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529

24  (9th Cir. 1994).

25

26

27

28

1    **IT IS ORDERED** that the Defendant shall be detained pending further order of the

2    court.

3    DATED this 12th day of March, 2007.

4

5

6    Lawrence O. Anderson
     United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28